E. N. Hansen and J. N. Hansen, trading as E. N. Hansen & Company, appellees, v. Morris Silbert, appellant. Gen. No. 30,542.

Action for work and labor. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Matthew D. Hartigan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 25, 1926.

Gallagher, Shulman, Abrams & Henry, for appellant. Harris, Reinhardt & Russell, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

A. E. Wendt, appellee, v. John Balaban, appellant. Gen. No. 30,548.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Alfred Roy Hulbert, for appellant. Louis L. Cohen, for appellee; Charles P. R. Macaulay, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Steve Zgliczynski, appellee, v. Ludwig Sokol and Frances Sokol, appellants. Gen. No. 30,561.

Action for work and material furnished pursuant to contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926. Rehearing denied June 7, 1926.

Frank N. Hillis, for appellants. Clithero, Van Schaick & Stevens, for appellee; Guy Van Schaick, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Otto D. Young et al., appellees, v. Edgar Troyer, appellant. Gen. No. 30,568.

Action upon contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles H. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Sorem, Powers & Watters, for appellant. No appearance for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

Arthur Goldblatt, appellee, v. Morris Shlensky et al., trading as M. Shlensky & Sons, appellants. Gen. No. 30,585.

Action to recover compensation for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 25, 1926.

Rosenberg, Cohen & Zimmerman, for appellants. Julius L. Kabaker, for appellee.

Mr. Justice Fitch delivered the opinion of the court.